**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JIMMY & LOREAN WILLINGHAM**                                                  **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 2:09-CV-59-SA-SAA**

**STATE FARM INS. CO. AND SOUTHERN
HOMES OF HOLLY SPRINGS, INC.**                               **DEFENDANTS**

## ORDER

Pursuant to an opinion to be entered on this day, the Court hereby orders:

1. Plaintiffs' Motion to Remand [13] is **DENIED IN PART AND GRANTED IN PART**.

2. Plaintiffs' claims against Defendant Southern Homes of Holly Springs, Inc., are hereby **SEVERED** from Plaintiffs' claims against Defendant State Farm Ins. Co.;

3. Plaintiffs' claims against Defendant Southern Homes of Holly Springs, Inc., shall be **REMANDED** to the Circuit Court of the Second Judicial District of Tallahatchie County, Mississippi; and

4. Removal of Plaintiffs' claims against Defendant State Farm Ins. Co. is proper.

**SO ORDERED** this the 27th day of August 2009.

                                                     **/s/ Sharion Aycock**
                                                     **UNITED STATES DISTRICT JUDGE**